UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-01477-JWH(JDEx) | Date | August 30, 2024 |
| Title | *Andrew Sisowath et al. v. Mercedes-Benz USA, LLC et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Clarissa Lara | Sharon Seffens |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Oliver Tomas | Sabrina Celia Narain |

**Proceedings:** **HEARING RE: PLAINTIFF'S MOTION TO REMAND [13]; PLAINTIFF'S MOTION TO AMEND [14]; SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1.  Plaintiffs' Motion to Remand [ECF No. 13] is **DENIED**.

2.  Plaintiffs' Motion to Amend [ECF No. 14] is **GRANTED**.

3.  Plaintiffs are **DIRECTED** to file their amended complaint no later than September 6, 2024. As with any amended pleading in this Court, Plaintiffs must also concurrently file a redlined copy of the amended complaint as a Notice of Revisions, which compares—in redline form—the amended pleading with the previous pleading.

4.  Defendant Mercedes-Benz USA, LLC is **DIRECTED** to file its response to Plaintiffs' amended pleading no later than September 20, 2024.

Time:  00:37

Initials of Preparer: cla

5. The Court sets a trial schedule. The Court will issue a separate trial scheduling order.

**IT IS SO ORDERED.**

Time: 00:37
Initials of Preparer: cla