Benjamin Drake, Esq.
benjamin@drakelawgroup.com
Hadi Gerami, Esq.
hadi@drakelawgroup.com
Kamau Edwards, Esq.
kamau@drakelawgroup.com
Logan Hensley, Esq.
logan@drakelawgroup.com
**DRAKE LAW FIRM**
19935 Ventura Boulevard, Suite 202
Woodland Hills, CA 91364
Telephone: (888) 315-5721
lemondaddy@drakelawgroup.com

Attorneys for Plaintiffs
**ANDREW SISOWATH AND ERICK OSORTO**

Sabrina C. Narain (SBN 299471)
sabrina.narain@ltlattorneys.com
Cynthia Y. Sun (SBN 245123)
cynthia.sun@ltlattorneys.com
**LTL ATTORNEYS LLP**
300 South Grand Avenue, Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773
ltl-e-service@ltlattorneys.com

Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SISOWATH, an individual, AND ERICK OSORTO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.  8:24-cv-01477-JWH-JDE**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:     Hon. John W. Holcomb<br>Ctrm.:      9D<br><br>Complaint Filed:   March 25, 2024<br>Trial Date:          None Set |

1    **PLEASE TAKE NOTICE** that Plaintiffs ANDREW SISOWATH and ERICK
2  OSORTO and Defendant MERCEDES-BENZ USA, LLC (collectively, the
3  "Parties"), by and through their counsel of record, hereby notify the Court that the
4  Parties have reached a settlement in the above-entitled matter.
5    The Parties respectfully request the Court set a Settlement Disposition
6  Conference in ninety days to allow the Parties to effectuate the terms of the settlement.
7  The Parties are still negotiating Plaintiffs' attorneys' fees and costs, and an attorneys'
8  fees/costs motion may be necessary.

10  Dated: October 2, 2024         **DRAKE LAW FIRM**

12                     By: */s/ Benjamin Drake*
                         Benjamin Drake, Esq.
13                        Hadi Gerami, Esq.
                         Kamau Edwards, Esq.
14                        Logan Hensley, Esq.
                         Attorneys for Plaintiffs
15                        **ANDREW SISOWATH AND
                         ERICK OSORTO**

18  Dated: October 2, 2024         **LTL ATTORNEYS LLP**

20                     By: */s/ Sabrina C. Narain*
                         Sabrina C. Narain, Esq.
21                        Cynthia Y. Sun, Esq.
                         Attorneys for Defendant
22                        **MERCEDES-BENZ USA, LLC**

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-4.3.4(a)(2)**

I, Sabrina C. Narain, attest that concurrence in the filing of this document has been obtained from the signatory Benjamin Drake, counsel for Plaintiffs.

Dated: October 2, 2024          **LTL ATTORNEYS LLP**

By: */s/ Sabrina C. Narain*
Sabrina C. Narain, Esq.
Cynthia Y. Sun, Esq.
Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

# PROOF OF SERVICE

## STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3950, Los Angeles, CA 90071.

On October 2, 2024, I served the foregoing document(s) described as **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action by sending a true copy thereof to the address listed below.

☐ **BY MAIL:** I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL:** I transmitted the above-listed document(s) to the e-mail address(es) set forth below on this date.

☐ **BY PERSONAL SERVICE:** I arranged for ACE Messenger Services to deliver such envelope by hand to the individuals listed below.

☐ **BY OVERNIGHT COURIER**: I caused each envelope with fees prepaid shipped by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 2, 2024, at Los Angeles, California.

*/s/ Michael Shutack*
Michael Shutack

# SERVICE LIST

*Andrew Sisowath, et al. v. Mercedes-Benz USA, LLC, et al.*

Superior Court Case No.: 30-2024-01389232-CU-BC-NJC

District Court Case No.: 8:24-cv-01477-JWH-JDE

| | |
|---|---|
| Benjamin Drake, Esq.<br>Hadi Gerami, Esq.<br>Kamau Edwards, Esq.<br>Logan Hensley, Esq.<br>**DRAKE LAW FIRM**<br>19935 Ventura Blvd., Suite 202<br>Woodland Hills, California 91364<br>Telephone: (888) 315-5721<br>benjamin@drakelawgroup.com<br>hadi@drakelawgroup.com<br>kamau@drakelawgroup.com<br>logan@drakelawgroup.com<br>lemondaddy@drakelawgroup.com | Attorneys for Plaintiffs<br>**ANDREW SISOWATH AND ERICK OSORTO** |