# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SISOWATH, an individual, and ERICK OSORTO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:24-cv-01477-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 30] entered on or about October 3, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: January 7, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-